STEVEN T. GUBNER – Bar No. 156593
JESSICA L. BAGDANOV – Bar No. 281020
RYAN F. COY – Bar No. 324939
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
Emails:    sgubner@bg.law
           jbagdanov@bg.law
           rcoy@bg.law

Attorneys for David Seror, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No.: 1:19-bk-10959-MB |
| HEAVEN HOSPICE INC., | Adv. Case No.: 1:21-ap-01008-MB |
| Debtor. | Chapter 7 |
| | |
| DAVID SEROR, Chapter 7 Trustee, | **NOTICE OF WITHDRAWAL OF DOCKET NO. 3, SUMMONS SERVICE EXECUTED** |
| Plaintiff, | |
| v. | |
| ADAM RUBANENKO, an individual, and ROY RUBANENKO, an individual, | |
| Defendants. | |

1

**PLEASE TAKE NOTICE THAT** counsel for David Seror, Chapter 7 Trustee, would like to withdraw docket entry number 3 of the above-entitled matter.

DATED: February 5, 2021       BRUTZKUS GUBNER

By: /s/ Ryan F. Coy
   Steven T. Gubner
   Jessica L. Bagdanov
   Ryan F. Coy
   Attorneys for David Seror, Chapter 7 Trustee